NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 897

IN RE VOLKSWAGEN OF AMERICA, INC.
(now known as Volkswagen Group of America, Inc.),
VOLKSWAGEN AG, and AUDI AG,

Petitioners.

On Writ of Mandamus from the United States District Court for the Eastern District of Texas in case no. 2:07-CV-00289, Judge T. John Ward.

ON PETITION FOR WRIT OF MANDAMUS

Before MAYER, Circuit Judge.

O R D E R

Volkswagen Group of America, Inc. et al. (VW) moves for leave to file a reply in support of its petition for a writ of mandamus. MHL Tek, LLC opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

VW's motion is granted. VW shall file its reply by April 1, 2009.

FOR THE COURT

MAR 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael J. Lennon, Esq.
David C. Doyle, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2009

JAN HORBALY
CLERK